TO. THE CLERK of THE COURT

YES I AM HAVING A PRoblem with THis faccility concerning my Filing Fee of $300.50 for case # 4:21-cv-10408 Somehow Im being Recharged SAYing I never PAiD The $300.50 SO CAN You Please go into THe ARchive AND SenD ME some kinD of PRoff THat M.D.O.C Sent my Payment TO the courts

Thank You very Much

FILED
MAR 06 2024
CLERK'S OFFICE
DETROIT

Lilbear Gregory #212885
Saginaw Corr/FACC
9625 Pierce Rd
Freeland, MI.
48623

METROPLEX MI 480
21 FEB 2024 PM 3

US POSTAGE PITNEY BOWES
ZIP 48623 $ 000.64⁰
0000386157 FEB 28 2024

The Clerk of The Court
c/o Judge Matthew F Leitman
231 W Lafayette Blvd
Detroit MI 48226

48226-270099