UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lilbert Gregory

    Plaintiff(s),

v.

Heidi Washington, et. al

    Defendant(s).
_____/

Case No. 21-10408

Judge Matthew F. Leitman

Magistrate Judge Anthony P. Patti

## CERTIFICATION OF COMPLETION OF PRETRIAL PROCEEDINGS

This matter was referred by an Order of Reference dated __11/04/2021__, for the purpose of conducting all pretrial matters. Discovery is closed and this action is ready for trial except for the following:

Accordingly, pursuant to the direction of the Honorable __Matthew F. Leitman__, United States District Judge, the Order of Reference is now FULLY COMPLETED, and this matter is RETURNED to the District Judge for further proceedings.

    s/Anthony P. Patti
    Anthony P. Patti
    United States Magistrate Judge

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on this date by electronic and/or first class mail.

Date: March 18, 2024

s/K. Brown
Case Manager/Deputy Clerk