UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LILBERT GREGORY,

    Plaintiff,                                       Case No. 21-cv-10408
                                               Hon. Matthew F. Leitman

v.

HEIDI WASHINGTON, *et al.*,

    Defendants.

_____/

## ORDER STAYING PROCEEDINGS

In this action, *pro se* Plaintiff Lilbert Gregory alleges that the Defendants violated his federal and state constitutional rights. (*See* Compl., ECF No. 1.) Gregory's claims arise out medical care that he received while he was in the custody of the Michigan Department of Corrections. (*See id.*)

Three Defendants now remain before the Court: Dr. Keith Papendick, Dr Darrel Barrows, and Connie Whipple. Each of these Defendants have been sued for acts and/or omissions they allegedly took as employees of Corizon Health, Inc., which is now in bankruptcy. The Court has learned that the Corizon bankruptcy appears to be in the process of being resolved, and the Court believes that that resolution could materially impact and/or resolve this action. The Court expects to have more clarity on the resolution of Corizon's bankruptcy in mid-to-late December of this year.

1

Accordingly, the Court **STAYS** this action until **January 6, 2025**. The Court will hold a status conference in this action in January after the stay is lifted to discuss next steps in this case.

**IT IS SO ORDERED**.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: July 2, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 2, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126

2